UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY WHITE,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-01800-GMN-VCF<br><br>**ORDER** |

    This action is a petition for writ of habeas corpus by Troy White, an individual incarcerated at Nevada's High Desert State Prison. The Court received White's habeas petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1) and a motion for appointment of counsel (ECF No. 1-2), on September 29, 2021. In an order entered on October 1, 2021 (ECF No. 3), the Court denied White's application to proceed *in forma pauperis* and ordered him to pay the filing fee. White paid the filing fee on November 1, 2021 (ECF No. 4).

    Therefore, the Court has examined White's habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Court will order the petition served on the respondents.

    White filed, with his petition, a motion for appointment of counsel (ECF No. 1-2). "Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations." *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam). The court may, however, appoint counsel "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases;

*Chaney*, 801 F.2d at 1196. The Court determines that, in the interests of justice, appointment of counsel is warranted in this case.

**IT IS THERFORE ORDERED** that the Clerk of the Court is directed to separately file the petition for writ of habeas corpus (ECF No. 1-1), and the motion for appointment of counsel (ECF No. 1-2).

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel (ECF No. 1-4) is **GRANTED**. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner. If the FPD is unable to represent the petitioner due to a conflict of interest or other reason, then alternate counsel will be appointed. In either case, counsel will represent the petitioner in all federal-court proceedings relating to this matter, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the FPD will have 30 days from the date of this order to file a notice of appearance, or to indicate to the Court its inability to represent the petitioner in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and to provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only.

**IT IS FURTHER ORDERED** that the respondents will have 30 days from the date of this order to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

///

///

///

///

**IT IS FURTHER ORDERED** that the Court will establish a schedule for further proceedings in this action after counsel appear for the petitioner and the respondents.

DATED THIS __2__ day of _____November_____, 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE