UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, the petitioner, Troy White, represented by appointed counsel, was due to file an amended habeas petition by March 2, 2022. *See* Order dated December 2, 2021 (ECF No. 10) (90 days for amended petition).

On March 2, 2022, White filed a motion for extension of time (ECF No. 11), requesting a 90-day extension of time—to May 31, 2022—for his amended petition. White's counsel states that the extension of time is necessary because of the time necessary to meet with her client and prepare an amended petition, and her obligations in other cases. Counsel also states that she believes the limitations period for White's petition does not expire until May 31, 2022. Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

The Court expresses no opinion, and intends this order to have no effect, regarding the operation of any statute of limitations in this case.

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Extend Time (ECF No. 11) is **GRANTED**. Petitioner will have until and including May 31, 2022, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings in the order entered December 3, 2021 (ECF No. 10) will remain in effect.

DATED THIS  3rd   day of _____March_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE