UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY WHITE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　Respondents. | Case No. 2:21-cv-01800-GMN-VCF<br><br>**ORDER** |

　　In this habeas corpus action, the petitioner, Troy White, represented by appointed counsel, filed an amended habeas petition on May 31, 2022 (ECF No. 13). Respondents were then due to respond to White's amended petition by August 1, 2022. *See* Order entered December 3, 2021 (ECF No. 10) (60 days for response to amended petition).

　　On August 1, 2022, Respondents filed a motion for extension of time (ECF No. 17), requesting a 60-day extension of time—to September 30, 2022—for their response to the amended petition. Respondents' counsel states that the extension of time is necessary because of the time necessary to prepare the state-court record for filing and because of his obligations in other cases. Counsel represents that Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 17) is **GRANTED**. Respondents will have until and including September 30, 2022, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings in the order entered December 3, 2021 (ECF No. 10) will remain in effect.

DATED THIS __6__ day of _____August_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE