UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, brought under 28 U.S.C. § 2254 by Troy White, who is represented by appointed counsel, the respondents were scheduled to file a response to White's first amended petition for writ of habeas corpus by November 27, 2024. *See* Scheduling Order (ECF No. 34) (120 days from entry of order to respond to first amended petition; order, though dated July 29, entered July 30). On November 15, Respondents filed a motion for extension of time, requesting an extension to December 26, a 29-day extension. ECF No. 36. Respondents' counsel states that the extension of time is necessary because he is relatively new to the case and because he will be away from work from November 22 through December 3. Respondents' counsel represents that White does not oppose the motion. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///

1    **IT IS THEREFORE ORDERED** that Respondents' Motion for an Extension of
2 TIme (ECF No. 36) is **GRANTED**. Respondents will have until and including December
3 26, 2024, to file an answer or other response to Petitioner's first amended petition for
4 writ of habeas corpus (ECF No. 13).

6    DATED THIS __18__ day of _____November_____, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE