UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, brought under 28 U.S.C. § 2254 by Troy White, who is represented by appointed counsel, the respondents filed a motion for more definite statement on December 26, 2024, seeking an order directing White to provide a more definite statement regarding the exhaustion of state court remedies with respect to the claims in his amended habeas petition. ECF No. 38. White had until January 10, 2025, to file a response to that motion. On January 10, White filed a motion for extension of time, requesting a 14-day extension, to January 24. ECF No. 39. White's counsel states that the extension of time is necessary because of obligations in other cases and time away from work. White's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 39) is **GRANTED**. Petitioner will have until and including January 24, 2025, to file a response to Respondents' motion for more definite statement (ECF No. 38).

DATED THIS __13__ day of _____January_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE