UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

    In this habeas corpus action brought under 28 U.S.C. § 2254 by Troy White, who is represented by appointed counsel, the respondents were due on March 31, 2025, to file an answer or other further response to White's amended habeas petition. *See* ECF No. 43. On March 25, Respondents filed a motion for extension of time, requesting a 30-day extension, to April 30, 2025. ECF No. 44. Respondents' counsel states that the extension of time is necessary because of obligations in other cases and computer problems. Respondents' counsel represents that White does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 44) is **GRANTED**. Respondents will have until and including **April 30, 2025**, to file an answer or other further response to the amended petition for writ of habeas corpus (ECF No. 13).

DATED THIS __31__ day of _____March_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1