UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

    In this habeas corpus action, the respondents filed a motion to dismiss on April 30, 2025. ECF No. 47. Petitioner Troy White, who is represented by appointed counsel, was due to respond to the motion to dismiss by June 30. *See* ECF No. 34 (60 days for response to motion to dismiss; June 29 was a Sunday). On June 30, White filed a motion for extension of time, requesting a 60-day extension, to August 29. ECF No. 48. White's counsel states that the extension of time is necessary because of obligations in other cases. White's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 48) is **GRANTED**. Petitioner will have until and including **August 29, 2025**, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered July 30, 2024 (ECF No. 34) will remain in effect.

    DATED THIS  2nd  day of _____July_____, 2025.

                                                                                    _____
                                                                                    GLORIA M. NAVARRO
                                                                                    UNITED STATES DISTRICT JUDGE