UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

    v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on April 30, 2025. ECF No. 47.  After a 60-day initial period and a 60-day extension of time, Petitioner Troy White, who is represented by appointed counsel, was due to respond to the motion to dismiss by August 29. *See* ECF Nos. 34, 49.  On August 29, White filed a motion for extension of time, requesting a further 46-day extension, to October 14. ECF No. 50.  White's counsel states that the extension of time is necessary because of obligations in other cases, time away from work for both professional and personal reasons, and illness.  The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time as requested.

However, in view of the length of time it has taken for White's response to the motion to dismiss—five and a half months as of October 14—*the Court will not look favorably upon any motion to further extend this deadline*.

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 50) is **GRANTED**. Petitioner will have until and including **October 14, 2025**, to respond to the motion to dismiss.  In all other respects, the schedule for further proceedings set forth in the order entered July 30, 2024 (ECF No. 34) will remain in effect.

DATED THIS __9__ day of ____September____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2