UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

    In this habeas corpus action, the respondents filed a motion to dismiss on April 30, 2025. ECF No. 47. The petitioner, Troy White, who is represented by appointed counsel, filed an opposition to the motion to dismiss on October 14. ECF No. 52. Respondents are due to file a reply by November 13. *See* ECF No. 34 (30 days for reply in support of motion to dismiss).

    On October 17, erroneously believing that their reply was due on October 21, Respondents filed a motion for extension of time, requesting what they believed to be a 47-day extension, to December 8. ECF No. 53. In fact, an extension to December 8 would be a 26-day extension of the current November 13 deadline. Respondents' counsel states that the extension is necessary because of their other obligations and represents that White does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time to December 8 as requested.

    The Court notes that Petitioner twice requested an extension and took over five months to file a response to the motion to dismiss. This will now be almost two months for a Respondent to file a reply to an 18-page opposition to a 14-page motion to dismiss that raises only very common state-court exhaustion/procedural default issues. The parties should not expect they may continue at such an unreasonably slow pace.

*Accordingly, the Court will not look favorably upon any motion or stipulation requesting a further lengthy extension of this deadline.*

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 53) is **GRANTED**. Respondents will have until and including **December 8, 2025**, to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered July 30, 2024 (ECF No. 34) will remain in effect.

DATED THIS __21__ day of ___October_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE