UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

    v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on April 30, 2025. ECF No. 47.  The petitioner, Troy White, who is represented by appointed counsel, filed an opposition to the motion to dismiss on October 14. ECF No. 52.  After a 30-day initial period and a 26-day extension, Respondents were due to file a reply by December 8. *See* ECF Nos. 34, 54.

On December 4, Respondents filed a motion for extension of time, requesting a further 14-day extension, to December 22. ECF No. 55.  Respondents' counsel states that the extension is necessary because of their other obligations and represents that White does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court notes that Petitioner twice requested an extension and took over five months to file a response to the motion to dismiss.  This will now be more than two months for a reply to an 18-page opposition to a 14-page motion to dismiss that raises only very common exhaustion and procedural default issues.  *Accordingly, the Court will not look favorably upon any motion requesting any further extension of this deadline.*

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 55) is **GRANTED**.  Respondents will have until and including **December 22, 2025**, to file a reply in support of their motion to dismiss.  In all other respects, the schedule for further proceedings set forth in the order entered July 30, 2024 (ECF No. 34) will remain in effect.

DATED THIS ___5___ day of _____December_____, 2025.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE