UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, brought under 28 U.S.C. § 2254 by Troy White, who is represented by appointed counsel, the respondents were to file an answer by May 13, 2026. *See* ECF No. 60 (90 days from February 12, 2026, the date the order was entered). On May 7, 2026, Respondents filed a motion for extension of time, requesting an extension to June 25, 2026, a 43-day extension. ECF No. 61. Respondents' counsel states that the extension of time is necessary because of obligations in other cases and time away from work. Respondents' counsel represents that White does not oppose the motion. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 61) is **GRANTED**. Respondents will have until and including **June 25, 2026**, to file their answer.

DATED THIS ___8___ day of _____May_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1