UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY WHITE,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 2:21-cv-01800-GMN-VCF

**ORDER**

In this habeas corpus action, brought under 28 U.S.C. § 2254 by Troy White, who is represented by appointed counsel, after a 90-day initial period and a 43-day extension, the respondents were to file an answer by June 25, 2026. *See* ECF Nos. 60, 62. On June 24, Respondents filed a motion for extension of time, requesting a further extension, to August 6, 2026, a 42-day extension. ECF No. 63. Respondents' counsel states that this extension is necessary because of obligations in other cases. Respondents' counsel represents that White does not oppose the motion. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 63) is **GRANTED**. Respondents will have until and including **August 6, 2026**, to file their answer.

DATED THIS __26__ day of _____June_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1