**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY WHITE,<br>Petitioner,<br>v.<br>NETHANJAH BREITENBACH,<br>Respondent. | Case No. 2:21-cv-01800-GMN-VCF<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br>**[ECF No. 68]** |

This matter comes before this Court on Petitioner Troy White's Unopposed Motion for an 88-Day Extension of Time to file his Reply to his Amended Petition. (ECF No. 68.) This is White's first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 68) is **GRANTED**. White has up to and including January 15, 2027, to file his Reply.

Dated: October 20, 2026

Gloria M. Navarro, Judge
United States District Court